UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMIR K. MAHMOOD,<br><br>　　　　　Petitioner.<br><br>　　v.<br><br>JEH JOHNSON, Secretary, U.S. Department of Homeland Security; KEITH BROWN, Director, Yakima Field Office, U.S. Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　Respondents. | NO:  4:15-CV-5107-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On February 23, 2016, the Court issued an Order to Show Cause directing Plaintiff to show cause, on or before March 4, 2016, why this action should not be dismissed without prejudice for failure to timely effect service. *See* ECF No. 3. Plaintiff was cautioned that failure to respond within the time allowed would result in an entry of an Order of Dismissal without prejudice. Plaintiff failed to respond to the Court's Order to Show Cause until March 7, 2016. In addition to missing

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

the deadline, Plaintiff submitted a declaration of service that is not signed or dated, ECF No. 4, and another document that shows delivery receipts for something that was delivered in 2013, years before this case was filed, ECF No. 5. Neither of these late documents are sufficient proof of service.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 8th day of March 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge